No. 80–1190. PULLMAN-STANDARD, A DIVISION OF PULLMAN, INC. *v.* SWINT ET AL.; and

No. 80–1193. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* SWINT ET AL., 456 U. S. 273. Motion of respondents Louis Swint and Willie James Johnson for leave to proceed *in forma pauperis*, *nunc pro tunc*, denied.

No. 80–2128. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *v.* HENSLEY, 456 U. S. 904. Motion of respondent for approval of attorney's fees denied without prejudice to applying for the relief in the United States Court of Appeals for the District of Columbia Circuit. JUSTICE REHNQUIST took no part in the consideration or decision of this motion.

No. 81–1489. XEROX CORP. *v.* COUNTY OF HARRIS, TEXAS, ET AL. Ct. App. Tex., 1st Sup. Jud. Dist. [Probable jurisdiction noted, 456 U. S. 913.] Motion of appellees for divided argument and for additional time for oral argument denied.

No. 81–6793. IN RE JONES. Petition for writ of habeas corpus denied.

No. 81–6602. IN RE SMILEY; and

No. 81–6611. IN RE SCOTT. Petitions for writs of mandamus denied.

No. 81–731. ARKANSAS ELECTRIC COOPERATIVE CORP. *v.* ARKANSAS PUBLIC SERVICE COMMISSION. Appeal from Sup. Ct. Ark. Probable jurisdiction noted.

No. 81–1839. MINNEAPOLIS STAR & TRIBUNE CO. *v.* MINNESOTA COMMISSIONER OF REVENUE. Appeal from Sup. Ct. Minn. Probable jurisdiction noted.